CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Deborah Ann Martinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEBORAH ANN MARTINEZ,<br><br>　　　　　Defendant. | Case No.: 20-mj-135 KJN<br><br>DEFENDANT'S WAIVER OF PERSONAL APPEARANCE AND CONSENT TO APPEAR VIA VIDEO TELECONFERENCE<br><br>DATE:　September 15, 2020<br>TIME:　10:00 a.m.<br>JUDGE:　Hon. Morrison C. England, Jr. |

　　　　Pursuant to CARES Act §15002(b), DEBORAH ANN MARTINEZ, by and through her counsel of record, Clemente M. Jiménez, consents to proceed with her initial appearance in magistrate court via video teleconference. Counsel has advised Ms. Martinez of her right to be personally present for her hearing, and also discussed waiving her personal appearance and appearing via video teleconference. Ms. Martinez waives her right to personally appear at her initial appearance on September 15, 2020 and consents to appear by video teleconference.

　　　　Pursuant to Gen. Order 616, counsel for Ms. Martinez has signed this waiver on her behalf.

DATED:　　September 14, 2020　　　　/s/　　Deborah Ann Martinez
　　　　　　　　　　　　　　　　　　　　　　DEBORAH ANN MARTINEZ

20mj135.consent to video appear.0914　　　　　　　- 1 -

I agree and consent to Ms. Martinez' appearance by video teleconference.

DATED:   September 14, 2020      /S/    Clemente M. Jiménez
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for Deborah Ann Martinez

**ORDER**

IT IS SO ORDERED.

Dated:  September 14, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE